UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Ronena Shantel Walker, | Civil No. 10-4191 (PAM/FLN) |
| Plaintiff, | |
| v. | **ORDER** |
| Lavore Galbert; Andrew Fasching; and Lloyd Boese, | |
| Defendants. | |

---

This matter is before the Court on the Report and Recommendation ("R&R") of Magistrate Judge Franklin L. Noel dated January 25, 2011. In the R&R, Magistrate Judge Noel reviewed Plaintiff's "Complaint for Violation of Civil Rights under 42 U.S.C. § 1983" (Docket No. 1), and application to proceed in forma pauperis (Docket No. 2), pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 72.1. The Magistrate Judge's review satisfies this Court's initial screening function under 28 U.S.C. § 1915A. Plaintiff has failed to file objections to the R&R in the time period permitted. The Court therefore **ADOPTS** the R&R (Docket No. 10).

Accordingly, **IT IS HEREBY ORDERED that**:

1. The Report and Recommendation (Docket No. 10) is **ADOPTED**;

2. Plaintiff's Application to Proceed in forma pauperis (Docket No. 2) is **DENIED**;

3. This action is summarily **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915A(b)(1);

4. Plaintiff is required to pay the unpaid balance of the filing fee, namely $346.78, in accordance with 28 U.S.C. § 1915(b)(2); and

5. The dismissal of this action is counted as a "strike" against Plaintiff for purposes of 28 U.S.C. § 1915(g).

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: Wednesday, February 16, 2010

*s/ Paul A. Magnuson*
Paul A. Magnuson
United States District Court Judge