UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Ronena Shantel Walker,                                   Civil No. 10-4191 (PAM/FLN)

               Plaintiff,

v.                                                                **ORDER**

Lavore Galbert; Andrew Fasching; and
Lloyd Boese,

               Defendants.

---

Following the Court's Order of February 16, 2011 (Docket No. 11), which adopted the Magistrate Judge's Report and Recommendation ("R&R") and summarily dismissed Plaintiff's claims, Plaintiff submitted a one-page letter that could be fairly construed as an objection to the R&R (Docket No. 12). Although dated two days after the date on which objections were due, this Court nevertheless considered Plaintiff's objections contained therein. The Court remains convinced after this de novo review that the R&R was correct.

Accordingly, **IT IS HEREBY ORDERED that** this action be summarily **DISMISSED WITH PREJUDICE** pursuant to the dictates of the Court's Order dated February 16, 2011 (Docket No. 11).

Dated:   February 18, 2011

                                                         *s/Paul A. Magnuson*
                                                         Paul A. Magnuson
                                                         United States District Court Judge